1
2
3
4
5           UNITED STATES DISTRICT COURT
6           NORTHERN DISTRICT OF CALIFORNIA
7
8  MOODY TANKSLEY,                              No. C 08-5402 MHP (pr)
9              Petitioner,                      **ORDER OF DISMISSAL**
10        v.
11 SALINAS VALLEY
   STATE PRISON,
12
13             Respondent.
                                         /
14
          This pro se habeas action was filed on December 2, 2008, at which time the court
notified petitioner in writing that the action was deficient due to the failure to pay the filing
fee or furnish a completed and signed court-approved in forma pauperis application –
specifically, that he had not included a trust account statement and signed certificate of funds
for his prisoner's trust account statement.  Petitioner was advised that failure to pay the fee or
file the application materials within thirty days would result in dismissal of the action.
Petitioner did not pay the filing fee or submit the materials needed to complete his in forma
pauperis application.   The action is DISMISSED without prejudice for failure to pay the
filing fee or submit a completed in forma pauperis application.  Petitioner may file a new
action, but should include a filing fee or an in forma pauperis application with a new
complaint to commence that new action.
          The petition is dismissed for the additional reason that it is incomprehensible.  A
claim that is incomprehensible may be dismissed as frivolous as it is without an arguable
basis in law.  See Jackson v. Arizona, 885 F.2d 639, 641 (9th Cir. 1989).  To the extent the

petitioner wants to challenge a conviction or sentence from the Kern County Superior Court, he must file his petition in the U.S. District Court for the Eastern District of California in Sacramento, because Kern County is in that district and is the proper venue for such a challenge. See 28 U.S.C. § 2241(d); N. D. Cal. Habeas Local Rule 2254-3(b).

The clerk shall close the file.

IT IS SO ORDERED.

Dated: March 3, 2009

_____
Marilyn Hall Patel
United States District Judge

2