UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY TANKSLEY, | No. C 08-5402 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SALINAS VALLEY STATE PRISON, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a new petition that is understandable, is in the right venue, and for which he pays the full filing fee or submits a completed <u>in forma pauperis</u> application.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 3, 2009

_____
Marilyn Hall Patel
United States District Judge